486

■ (A) THOMAS A. BERTINO, Doing Business as CEDARCREST DAY CAMP, Respondent, v. EQUITABLE FIRE AND MARINE INSURANCE COMPANY, Appellant. (B) J. J. CARROLL, INC., et al., Appellants, v. ROBERT T. WALDBAUER et al., Respondents. (C) ANGELO MAIORANO, Respondent, v. LESLIE ROSENBERG et al., Appellants, et al., Defendants. (D) WINIFRED ROSS, Appellant, v. BERNARD ZIMMERMAN et al., as Executors of JACOB ZIMMERMAN, Deceased, Respondents. (E) ROYAL CREST HOMES, INC., Respondent, v. LEWIS BAKER, Appellant. (F) EDWARD SVOBODA, Appellant, v. AUGUST GERKE, SR., et al., Respondents. (G) WILLIAM R. WALSH, Appellant, v. JACKSON TAYLOR et al., Respondents.— [In each action] Motion by respondent[s] to dismiss appeal granted, with $10 costs; appeal dismissed. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ LAWRENCE DIETZ, JR., Appellant, v. LUCIE M. DIETZ, Respondent.— Motion by appellant husband to stay order adjudging him in contempt and imposing fine, pending appeal therefrom. Motion granted on condition: (1) that commencing as of the date of entry of the order hereon, appellant shall pay the sum of $25 a week on account of the current alimony directed to be paid by the judgment; (2) that within 15 days after entry of the order hereon appellant shall file an undertaking for $1,000, with corporate surety, to comply with said order and judgment in the event either or both be affirmed in whole or in part or the appeal therefrom be dismissed, and shall serve a copy of such undertaking on respondent; and (3) that appellant shall perfect the appeals from said order and judgment and be ready to argue or submit them together at the January Term, commencing January 2, 1962; both appeals ordered on the calendar for said term. The appeal from the order will be heard on the original papers and on the typed briefs of both parties. Appellant is directed to file six copies of his typed brief and to serve one copy upon the respondent on or before December 18, 1961. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ DAVID CORDARO, an Infant, by His Guardian ad Litem, EDNA CORDARO, et al., Respondents, v. UNION FREE SCHOOL DISTRICT NUMBER 22, FARMINGDALE, Appellant.— Motion by respondents for leave to appeal to the Court of Appeals, granted. Pursuant to statute (Civ. Prac. Act, § 589, subd. 4, par. [a]), we certify that questions of law have arisen which in our opinion ought to be reviewed by the Court of Appeals. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ MICHAEL DONOHUE, Appellant, v. WARREN H. TOMPKINS et al., Respondents, et al., Defendants.— Motion by appellant for leave to appeal as a poor person denied. On the court's own motion, the appeal will be heard on a type-written record (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file one copy of the typewritten record and six copies of his typewritten brief and to serve one copy of each on respondents. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ MICHAEL E. FEDOR et al., Respondents, v. STRAWBERRY HILL PROPER-TIES, INC., Appellant, et al., Defendant.— Motion by respondents to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 26, 1962. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.